UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OWEN HARTY, :
:
:
:
Plaintiff,  : Case No. 1:19-cv-10702
:
v. :
: **DEFAULT JUDGMENT**
WHITESTONE HOSPITALITY LLC, :
:
:
:
:
Defendant.

This action having been commenced on November 20, 2019 by the filing of the Summons and Complaint, and a copy of Summons and Complaint having been served on the Defendant WHITESTONE HOSPITALITY LLC, by New York Secretary of State on March 31, 2020, and proof of service having been filed on June 12 2020, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED; that plaintiff have judgment against the defendants in the liquidated amount of $4,080 [handwritten: $2040], plus $1,000 in damages for plaintiff; costs and disbursements of this action in the amount of $1,140 amounting in all to: $6,220.00 [handwritten: $4180]; and it is futher,

ORDERED, ADJUDGED AND DECREED, that the defendant is hereby enjoined and required to update and ensure that the following websites Online Reservation Systems, conform to the requirements of 28 C.F.R. Section 36.302(e), as it pertains to the 7 Days Hotel Bronx, located on 2338 Bruckner Boulevard, The Bronx, New York 10473 and is located in the County of The Bronx, State of New York, within forty-five (45) days of the service of this Default Judgment:

    a. The website located at expedia.com, shall allow for booking of accessible rooms, and shall provide information about whether, or not, the features are accessible.

    b. The website located at orbitz.com, shall allow for booking of accessible rooms, and shall provide information about whether, or not, the features are accessible.

    c. The website located at booking.com shall allow for booking of accessible rooms, and shall provide information about whether, or not, the features are accessible.

\

Dated: 9/23, 2020

*Cathy Seibel*
UNITED STATES DISTRICT COURT JUDGE

This document was entered on the docket on _____.

The Clerk shall close the case.